1

2

3   Attorneys for Plaintiffs, SANDERS VIENER GROSSMAN, LLP
    100 Herricks Road
4   Mineola, NY 11501

5

6

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____ )
    IN RE: BEXTRA AND CELEBREX      )   **MDL NO. 1699**
14  MARKETING SALES PRACTICES AND   )   **District Judge: Charles R. Breyer**
    PRODUCT LIABILITY LITIGATION    )
15                                  )
    _____)
16                                  )
    Ruben Schmidt                   )   **STIPULATION AND ORDER OF**
17                                  )   **DISMISSAL WITHOUT PREJUDICE**
                      Plaintiffs,   )
18                                  )
            vs.                     )
19                                  )
    Pfizer, Inc., et al.            )
20                    Defendants.   )
    Case No. C-06-2438 CRB
21  _____

22       Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

23  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

24  this action without prejudice with each side bearing its own attorneys' fees and costs.

25       Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

26  Defendants, they should do so only by re-filing in the United States District Court.

27

28

DATED: 11/14, 2006.

By: _____
Attorneys for Plaintiff, Marc D. Grossman

DATED: 11/14, 2006.   GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 15 2006

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer