1

2

Attorneys for Plaintiffs, SANDERS VIENER GROSSMAN, LLP
3  100 Herricks Road
   Mineola, NY 11501

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____  )
    IN RE: BEXTRA AND CELEBREX      )   MDL NO. 1699
14  MARKETING SALES PRACTICES AND   )   District Judge: Charles R. Breyer
    PRODUCT LIABILITY LITIGATION    )
15                                  )
    _____  )
16                                  )
    Juan Gonzalez de Lopez          )   STIPULATION AND ORDER OF
17                                  )   DISMISSAL WITHOUT PREJUDICE
                     Plaintiffs,    )
18                                  )
              vs.                   )
19                                  )
    Pfizer, Inc., et al.            )
20                                  )
    CRB 06-2438 CRB   Defendants.   )
21  _____

22      Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

23  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

24  this action without prejudice with each side bearing its own attorneys' fees and costs.

25      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

26  Defendants, they should do so only by re-filing in the United States District Court.

27

28

                                          -1-

| | | |
|---|---|---|
| 1 | DATED: 11/14, 2006. | |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Attorneys for Plaintiff, Marc D. Grossman |
| 5 | DATED: 11/14, 2006. | GORDON & REES |
| 6 | | |
| 7 | | By: _____ |
| 8 | | Stuart M. Gordon<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 15, 2006

_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer