1

2

Attorneys for Plaintiffs, SANDERS VIENER GROSSMAN, LLP
3   100 Herricks Road
    Mineola, NY 11501
4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13   _____  )
     IN RE: BEXTRA AND CELEBREX        )   MDL NO. 1699
14   MARKETING SALES PRACTICES AND     )   District Judge: Charles R. Breyer
     PRODUCT LIABILITY LITIGATION      )
15                                     )
     _____  )
16                                     )
     Wenner S. Lugo Ortiz              )   **STIPULATION AND ORDER OF**
17                                     )   **DISMISSAL WITHOUT PREJUDICE**
                         Plaintiffs,   )
18                                     )
                   vs.                 )
19                                     )
     Pfizer, Inc., et al.              )
20                       Defendants.   )
     Case No. C-06-2438 CRB
21

22      Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

23   pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

24   this action without prejudice with each side bearing its own attorneys' fees and costs.

25      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

26   Defendants, they should do so only by re-filing in the United States District Court.

27

28

DATED: 11/14, 2006.

By: /s/ _____
Attorneys for Plaintiff, Marc D. Grossman

DATED: 11/14, 2006.   GORDON & REES

By: /s/ _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 15, 2006

Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE