1
2
Attorneys for Plaintiffs,
3   SANDERS VIENER GROSSMAN, LLP
    100 HERRICKS ROAD
4   MINEOLA, NY 11501
    P: (516) 741-5252
5   F: (516) 741-1243
6
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
12
13  _____
                                    )
14  IN RE: BEXTRA AND CELEBREX      )   MDL NO. 1699
    MARKETING SALES PRACTICES AND   )   District Judge: Charles R. Breyer
15  PRODUCT LIABILITY LITIGATION    )
                                    )
16  _____)   Case No. 06-2438 CRB
                                    )
17  Elisa Medina Maldonado          )   STIPULATION AND ORDER OF
                        Plaintiffs, )   DISMISSAL WITHOUT PREJUDICE
18                                  )
              vs.                   )   Docket: 2438/06
19                                  )
    Pfizer, Inc., et al.            )
20                                  )
                        Defendants. )
21  _____)

22      Come now the Plaintiff and Defendants, by and through the undersigned attorneys,
23  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of
24  this action without prejudice with each side bearing its own attorneys' fees and costs.
25      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
26  Defendants, they should do so only by re-filing in the United States District Court.
27
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1  DATED: _____, 2006.

2

3                                By: /s/ _____

4                                Attorneys for Plaintiff, Marc D. Grossman

5  DATED: 12/6, 2006.            GORDON & REES

6

7                                By: /s/ _____
                                 Stuart M. Gordon
8                                Attorneys for Defendants

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: Dec. 12, 2006

14                                _____
                                 Hon. Charles R. Breyer
15                               United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE