1

2

3  Attorneys for Plaintiffs,
   SANDERS VIENER GROSSMAN, LLP
   100 HERRICKS ROAD
4  MINEOLA, NY 11501
   P: (516) 741-5252
5  F: (516) 741-1243

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____  )
    IN RE: BEXTRA AND CELEBREX           )   MDL NO. 1699
14  MARKETING SALES PRACTICES AND        )   District Judge:  Charles R. Breyer
    PRODUCT LIABILITY LITIGATION         )
15                                       )
    _____  )
16                                       )
17  Aldaberto Pineiro Rodriguez          )   STIPULATION AND ORDER OF
                       Plaintiffs,       )   DISMISSAL WITHOUT PREJUDICE
18                                       )
                vs.                      )   Docket: 2438/06
19                                       )
    Pfizer, Inc., et al.                 )
20                     Defendants.       )
    _____  )
21

22      Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

23  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

24  this action without prejudice with each side bearing its own attorneys' fees and costs.

25      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

26  Defendants, they should do so only by re-filing in the United States District Court.

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1  DATED: _____, 2006.

3  By: /s/

4  Attorneys for Plaintiff, Marc D. Grossman

5  DATED: 12·4, 2006.   GORDON & REES

7  By: /s/
   Stuart M. Gordon
8  Attorneys for Defendants

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

13  Dated: Dec. 12, 2006

14  Hon. Charles R. Breyer
    United States...

IT IS SO ORDERED
Judge Charles R. Breyer

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]