IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: GRANTING MOTION TO WITHDRAW AND DISMISSING CLAIMS** |

*This document relates to:*

   Angel M. Rosa Cortes,  06-2438
_____/

      The Court previously ordered plaintiff in the above matter to show cause as to why (1) Sanders Viener Grossman, LLP's motion to withdraw as counsel should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. The Court directed plaintiff that if plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff must notify the Court in writing on or before April 20, 2007 of the reasons the withdrawal should not be granted or the case dismissed. As of the date of this Order, plaintiff has not responded to the Court's order or otherwise communicated with the Court. Accordingly, the motion to

//
//
//

1 | withdraw is GRANTED and plaintiff's claims are DISMISSED WITH PREJUDICE.

2 | **IT IS SO ORDERED.**

3 | Dated: April 27, 2007

4 | CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\cortesdismissal.wpd