Marc D. Grossman, Esq.
Randi Kassan, Esq.
Sanders Viener Grossman, LLP
100 Herricks Road
Mineola, New York 11501
(516) 741-5252
(516) 741-1243 (facsimile)

*Counsel for Plaintiff Rafael Flores*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB<br>MDL NO. 1699<br>Case No. 06-02438 CRB |
| Rafael Flores<br>　　　　　Plaintiffs,<br>　　vs.<br>Pfizer, Inc., et al.,<br>　　　　　Defendants. | District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE WITH REGARDS TO RAFAEL FLORES ONLY** |

Come now the Plaintiff, **RAFAEL FLORES**, and Defendant Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: _May 29_, 2007 | **SANDERS VIENER GROSSMAN, LLP** |
| 2 | | |
| 3 | | By: _/s/_ |
| | | Marc D. Grossman |
| 4 | | Email: mgrossman@ssbwlaw.com |
| | | Randi Kassan |
| 5 | | Email: rkassan@ssbwlaw.com |
| | | 100 Herricks Road |
| 6 | | Mineola, New York 11501 |
| 7 | | (516) 741-5252 |
| | | (516) 741-1243 (facsimile) |
| 8 | | *Counsel for Plaintiff Rafael Flores* |
| 9 | | |
| 10 | DATE: _____, 2007 | **TROUTMAN SANDERS LLP** |
| 11 | | |
| 12 | | By: _____ |
| | | N. Karen Deming |
| 13 | | Georgia Bar No. 217581 |
| | | karen.deming@troumansanders.com |
| 14 | | Adam C. Bassing |
| | | Georgia Bar No. 041061 |
| 15 | | adam.bassing@troumansanders.com |
| 16 | | Bank of America Plaza, Suite 5200 |
| | | 600 Peachtree Street, N.E. |
| 17 | | Atlanta, Georgia 30308-2216 |
| | | (404) 885-3000 |
| 18 | | (404) 885-3900 (facsimile) |
| 19 | | *Attorneys for Defendants Pfizer Inc., Pharmacia* |
| 20 | | *Corporation, and G.D. Searle LLC* |
| 21 | DATE: _6·5_, 2007 | **GORDON & REES** |
| 22 | | |
| 23 | | By: _/s/ Stuart M. Gordon_ |
| 24 | | Stuart M. Gordon |
| | | Embarcadero Center West |
| 25 | | 275 Battery Street 20th Floor |
| | | San Francisco, CA 94111 |
| 26 | | (410) 986-5900 (Tel.) |
| | | (410) 986-8054 (Fax) |
| 27 | | |
| 28 | | *Defendants Liaison Counsel* |

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 06/07/07

Hon. Charles R. Breyer
United States District Court

*Judge Charles R. Breyer*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE