United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Estate of Otto Ramos Morales by his Administratrix Clara Asencio, 06-2438 CRB _____/ | No. MDL 05-01699 CRB  **ORDER DISMISSING MOTION TO WITHDRAW AS COUNSEL** |

On July 31, 2008, the Court ordered plaintiff's counsel to submit a declaration in support of counsel's motion to withdraw. As of the date of this Order counsel has not submitted the required declaration. Accordingly, the motion to withdraw is DISMISSED without prejudice to counsel filing a new motion that is supported by counsel's declaration.

**IT IS SO ORDERED.**

Dated: October 1, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\sandersdismisswithdraw.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\ordersmisc\sandersdismi2swithdraw.wpd