1

2

3  Attorneys for Plaintiffs,
   SANDERS VIENER GROSSMAN, LLP
   100 HERRICKS ROAD
4  MINEOLA, NY 11501
   P: (516) 741-5252
5  F: (516) 741-1243

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  _____ )
                                         )
12  IN RE: BEXTRA AND CELEBREX           )    **MDL NO. 1699**
    MARKETING SALES PRACTICES AND        )    **District Judge: Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION         )
                                         )
14  _____ )
                                         )
15  JOSE COSME SANTIAGO et., al.         )    STIPULATION AND ORDER OF
                                         )    DISMISSAL WITH PREJUDICE AS TO
16                         Plaintiffs,   )    **Victor Lozada Rosario and Luz Otero**
                                         )    **ONLY**
17                   vs.                 )
                                         )    Docket: 2438/06
18  Pfizer, Inc., et al.                 )
                                         )
19                         Defendants.   )
    _____ )

20
        Come now the Plaintiff and Defendants, by and through the undersigned attorneys,
21
    pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of
22
    this action with prejudice as to Victor Lozada Rosario and Luz Otero only with each side bearing
23
    its own attorneys' fees and costs.
24

25

26

27

28

                                          -1-

1  DATED: December 22, 2009.

2
                                    By: _____
3                                        Marc Grossman
                                         Attorneys for Plaintiff
4

5  DATED: February 9, 2010

6
                                    By: _____
7

8                                        Attorneys for Defendants

9

10

11 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
   IT IS SO ORDERED.**

12

13 Dated: _FEB 1 7 2010_

14                                      Hon. Charles R. Breyer
                                        United States District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      -2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**