Marc D. Grossman
**SANDERS VIENER GROSSMAN, LLP**
100 Herricks Road
Mineola, New York 11501
Telephone: 516-741-5252
Facsimile: 516-741-1243
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-2438 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jose Cosme Santiago, et al.,<br><br>    Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO Carmelo Velez Nieves ONLY |

Come now the Plaintiff Carmelo Velez Nieves in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED 4/20, 2010    By: _____

SANDERS VIENER GROSSMAN, LLP
100 Herricks Road
Mineola, New York 11501
Telephone: 516-741-5252
Facsimile: 516-741-1243

*Attorneys for Plaintiffs*

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | DATED: April 23, 2010    By: _[signature]_ |
| 2 | |
| 3 | **DLA PIPER LLP (US)** |
|   | 1251 Avenue of the Americas |
| 4 | New York, New York 10020 |
|   | Telephone: 212-335-4500 |
| 5 | Facsimile: 212-335-4501 |
| 6 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 5·11·2010    _[signature]_

Hon. Charles R. Breyer
United States District Court

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE