1  Marc Grossman
2  Randi Kassan
   **Sanders Viener Grossman, LLP**
3  100 Herricks Road
   Mineola, NY 11501
4  Telephone: (516) 741-5252
   Fax: (516) 741-0799
5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

| JOSE COSME SANTIAGO, ET. AL. | MDL NO. 1699 |
|---|---|
| Plaintiff, | District Judge: Charles R. Breyer |
| - against - | |
| PFIZER INC., E, T. AL. | Index No. 2438/06 |
| Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO CERTAIN PLAINTIFFS** |

   Come now Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice as to Jose Acosta, Iris Aquino De Gomez, Eleonor Caban Echevarria, Javier Calderon Trujillo, Gladys Camacho Cruz, Ana Lydia Cartagena, Rosaura Colon De Agosto, Ricardo Cordero Arocho, Estate of Eduardo Luis Cosme Nieves, Jose Cosme Santiago, Aracelis Cruz Villafane, Estate of Hector Davila Malave, Camelia Fernandez de Emerson, Maria Fernandez Muniz, Maria Figueroa Garcia, Miguel Garcia Nieves, Estate of Miguel Gomez Santana , Ernestina Gonzales Laureano, Manuel Gonzalez-Aviles, Ana Gonzalez Gonzalez, Estate of Miguel Rivera Perez, Francisco Gonzalez Lopez, Reinaldo Gonzalez Montanez, Luis Gonzalez Perez, Juanita Gonzalez Torres, Jose Hernandez Diaz, Eva Hernandez Perez, Rafael Hernandez Rivera, Roberto Lopez Ortiz, Nelson Lopez Robles, Madeline Matias Rosario, Estate of Juan Miranda Alicea, Hector Miro Hodge, Ramona Mojica Gomez, Aida Luz Nieves Matos, Carmen Milagros Ortiz Torres, Julio Pacheco Alicea, Estate of Epifania Padilla Rodriguez, Rene Pagan Casanova, Rosa Parilla Rodriguez, Edgar Pena Jimenez, Martin Rosario Vega, Jesus Rodriguez De Leon, Benedicto Rodriguez Franco, Blasina Rodriguez Rivera, Luz A. Rosa Rodriguez, Dorcas Rojas Nater, Rafaela Santiago Rivera, Luz Santos, Miriam Sorrentini-Davila, Maria Soto Rosado, Rafael Tanco Pizarro, Gladys Torres Cordova, Ana Vaquiz De Sosa, Esmeralda Vega Hernandez ONLY**, with each side bearing its own attorneys' fees and costs.

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Dated:   Mineola, New York
         January 21, 2011

DATED: DATED: January 21, 2011 By: /s/ Randi A. Kassan, Esq.

**SANDERS VIENER GROSSMAN, LLl**
100 Herricks Road
Mineola, NY 11501
Telephone: (516) 741-5252
Fax: (516) 741-0799
*Attorneys for Plaintiffs*

DATED: 1/24, 2011 By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 2, 2011
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**