1  Marc Grossman
   Randi Kassan
2  **Sanders Viener Grossman, LLP**
3  100 Herricks Road
   Mineola, NY 11501
4  Telephone: (516) 741-5252
   Fax: (516) 741-0799
5  Attorneys for Plaintiffs

6              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
7              SAN FRANCISCO DIVISION

8
   IN RE: BEXTRA AND CELEBREX
9  MARKETING SALES PRACTICES AND
   PRODUCT LIABILITY LITIGATION
10

11 JOSE COSME SANTIAGO, ET. AL.              **MDL NO. 1699**
                                             **District Judge: Charles R.**
12 Plaintiff,                                **Breyer**

13           - against -

14 PFIZER INC., E, T. AL.                     Index No.   2438/06

15 Defendant.                                **STIPULATION AND**
                                             **ORDER OF DISMISSAL**
16                                           **WITH PREJUDICE AS TO**
                                             **CERTAIN PLAINTIFFS**

17
18      Come now Plaintiffs in the above-entitled action and Defendants, by and through the
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
19 stipulate to the dismissal of these actions **with prejudice as to Jose Acosta, Iris Aquino De**
   **Gomez, Eleonor Caban Echevarria, Javier Calderon Trujillo, Gladys Camacho Cruz, Ana**
20 **Lydia Cartagena, Rosaura Colon De Agosto, Ricardo Cordero Arocho, Estate of Eduardo**
   **Luis Cosme Nieves, Jose Cosme Santiago,  Aracelis Cruz Villafane,  Estate of Hector**
21 **Davila Malave,      Camelia Fernandez de Emerson, Maria Fernandez Muniz, Maria**
   **Figueroa Garcia,  Miguel Garcia Nieves, Estate of Miguel Gomez Santana , Ernestina**
22 **Gonzales Laureano,   Manuel Gonzalez-Aviles, Ana Gonzalez Gonzalez, Estate of Miguel**
   **Rivera Perez, Francisco Gonzalez Lopez,  Reinaldo Gonzalez Montanez, Luis Gonzalez**
23 **Perez, Juanita Gonzalez Torres,    Jose Hernandez Diaz, Eva Hernandez Perez, Rafael**
   **Hernandez Rivera,   Roberto Lopez Ortiz, Nelson Lopez Robles,    Madeline Matias**
24 **Rosario,  Estate of Juan Miranda Alicea, Hector Miro Hodge, Ramona Mojica Gomez,**
   **Aida Luz Nieves Matos, Carmen Milagros Ortiz Torres,  Julio Pacheco Alicea,  Estate of**
25 **Epifania Padilla Rodriguez, Rene Pagan Casanova, Rosa Parilla Rodriguez,  Edgar Pena**
   **Jimenez, Martin Rosario Vega, Jesus Rodriguez De Leon, Benedicto Rodriguez Franco,**
26 **Blasina Rodriguez Rivera, Luz A. Rosa Rodriguez, Dorcas Rojas Nater, Rafaela Santiago**
27 **Rivera, Luz Santos,  Miriam Sorrentini-Davila, Maria Soto Rosado,  Rafael Tanco Pizarro,**
   **Gladys Torres Cordova, Ana Vaquiz De Sosa,  Esmeralda Vega Hernandez ONLY,** with
28 each side bearing its own attorneys' fees and costs.

                                    -1-

1

2    Dated:   Mineola, New York
           January 21, 2011
3

4    DATED: DATED: January 21, 2011 By: _____
                                         Randi A. Kassan, Esq.

5    **SANDERS VIENER GROSSMAN, LLl**
     100 Herricks Road
6    Mineola, NY 11501
7    Telephone: (516) 741-5252
     Fax: (516) 741-0799
8    *Attorneys for Plaintiffs*

9    DATED: 1/24, 2011 By:_____ /s/ _____

10   **DLA PIPER LLP (US)**
11   1251 Avenue of the Americas
     New York, New York 10020
12   Telephone: (212) 335-4500
     Facsimile: (212) 335-4501
13   *Defendants' Liaison Counsel*

14

15   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED**
16
     Dated: _____   Feb. 2, 2011
17   Hon. Charles R. Breyer
18   United States District Court

19

20

21

22

23

24

25

26

27

28

                                   -2-

     **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**